# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCO E. TORRES, JR., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 4:17CV3078<br>) |
| SCOTT FRAKES, Director, Nebraska Department of Correctional Services, | )<br>) MEMORANDUM AND<br>) ORDER |
| Defendant. | )<br>) |

Petitioner filed a Petition for Writ of Habeas Corpus (Filing No. 1) and a Motion for Leave to Proceed in Forma Pauperis (Filing No. 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (see inmate trust account statement at Filing No. 2-1), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. See 28 U.S.C. § 1915(a)(1).

**IT IS THEREFORE ORDERED that:**

Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is granted.

**DATED: June 23, 2017.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**