# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCO E. TORRES, JR., <br><br> Petitioner, <br><br> vs. <br><br> SCOTT FRAKES, Director, Nebraska Department of Correctional Services, <br><br> Respondent. | 4:17CV3078 <br><br> ORDER |

This matter is before the Court after review of the Notice (Filing No. 41) filed by the petitioner, Marco Torres, Jr. ("Torres"), advising the Court that his petition for certiorari was denied by the United States Supreme Court on October 5, 2020. *Torres v. Nebraska*, No. 19-8600, 592 U.S. __, 2020 WL 5882796 (U.S. Oct. 5, 2020) (mem). In accordance with the Court's prior Order (Filing No. 37),

**IT IS ORDERED:**

1. The stay of this case is lifted.
2. Respondent shall file a response to the Petition on or before November 18, 2020.

Dated this 19th day of October, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge