# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCO E. TORRES, JR., <br><br> Petitioner, <br><br> vs. <br><br> SCOTT FRAKES, Director, Nebraska Department of Correctional Services; <br><br> Respondent. | 4:17CV3078 <br><br> ORDER |

**IT IS ORDERED** that the Motion for Withdrawal of Appearance and Appointment of Substitute Attorney ([Filing No. 57](#)) filed in this case by Susanne Bales, as counsel of record for Petitioner, is granted. Attorney Susanne Bales is granted leave to withdraw as counsel for Petitioner and shall no longer receive electronic notice in this case. Assistant Federal Community Defender Stephen A. Ferrell is substituted as counsel of record for Petitioner.

Dated this 7th day of September, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge